IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KIMBERLY L. KALLENBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-CV-371 |
| ) | |
| KNOX COUNTY BOARD OF EDUCATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the motion for summary judgment [doc. 29] filed by defendant Russ Oaks is **DENIED**. The motion for summary judgment [doc. 40] filed by defendant Knox County Board of Education ("KCBE") is **GRANTED IN PART**. Plaintiff's retaliation claims under Title VII and the Tennessee Human Rights Act are **DISMISSED**. KCBE's summary judgment motion is in all other respects **DENIED**.

**IT IS SO ORDERED**:

ENTER:

s/ Leon Jordan
United States District Judge